UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

WAYNE MACKEY,

                         Plaintiff,           1:25-cv-1205 (AJB/DJS)

    -against-

COUNTY OF ALBANY,
ANTHONY GIORDANO, and
LEWIS LIMA,

                         Defendants.

_____

## NOTICE OF REMOVAL

_____

Defendants, County of Albany, Albany County Sheriff's Office, Anthony Giordano and Lewis Lima (collectively "Defendants or County Defendants"), by and through their attorneys, Jeffery V. Jamison, Esq., Albany County Attorney, Michael Goldstein, Assistant County Attorney, *of counsel*, state the following:

1. On June 11, 2025, Plaintiff Wayne Mackey, by and through his attorney, Ryan Finn, Esq., Finn Law Offices, commenced an action against defendants in Supreme Court, Albany County, State of New York by filing a summons and complaint by electronic case filing with the Albany County Clerk's Office. *See Mackey v. County of Albany, et. al.,* Index No. 905924-25, Alb Co. Sup. Ct. 2025. *See* NYSCEF Dkt. No. 1.

2. On July 29, 2025, counsel for defendants filed a demand for Complaint. NYSCEF Dkt. No. 2.

1

3. Thereinafter, plaintiff served the summons and complaint upon defendants on or about August 25, 2025. NYSCEF Dkt. No. 3.

4. In accordance with 28 U.S.C. § 1446, this notice of removal is filed within 30 days of the receipt of the initial pleading by defendants.

5. This Court has original jurisdiction of this matter pursuant to the constitutional claims made by the plaintiff under 42 U.S.C. § 1983 and pursuant to 28 U.S.C. § 1331.

6. As a claim is asserted for a violation of plaintiff's civil rights, and such rights generally arise under the U.S. Constitution, accordingly, the above-entitled action may be removed to this Court by the defendants, pursuant to the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331.

7. All defendants consent to this removal, as indicated by their signature below.

8. No portion of this Notice of Removal should be deemed a waiver of any affirmative defenses.

**WHEREFORE**, Defendants County of Albany, Albany County Sheriff's Office, Anthony Giordano, and Lewis Lima respectfully request that the above-referenced action now pending against them in Albany County Supreme Court for the State of New York, be removed to the United States District Court for the Northern District of New York.

Dated:        August 28, 2025.
              Albany, New York                   Respectfully submitted,

                                                 **JEFFERY V. JAMISON, ESQ.**
                                                 **ALBANY COUNTY ATTORNEY**

                                                 /s/ Michael L. Goldstein
                                                 MICHAEL L. GOLDSTEIN, ESQ.
                                                 Assistant County Attorney
                                                 Bar Roll No.: 519722

2

*Attorneys for Defendants*
112 State Street, 6th Floor
Albany, New York 12207
Tel.: (518) 447-7110
Michael.Goldstein@albanycountyny.gov

TO:    **VIA NYSCEF and EMAIL**
Ryan Finn, Esq.
FINN LAW OFFICES
*Attorneys for Plaintiff*
12 Sheridan Avenue
Albany, New York 12207
ryan@lawfinn.com

3